No. 74–70. GOLDFARB ET UX. *v.* VIRGINIA STATE BAR ET AL., 421 U. S. 773. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 74–594. WEISBROD *v.* LYNN, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL., 420 U. S. 940; and

No. 74–789. SYNTHETIC ORGANIC CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* BRENNAN, SECRETARY OF LABOR, ET AL., 420 U. S. 973. Motions for leave to file petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.

No. 74–1229. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., 422 U. S. 1026. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions.

No. 74–6305. BENNETT *v.* NORTH CAROLINA, 421 U. S. 993. Motion for leave to file petition for rehearing denied.

OCTOBER 10, 1975

No. 75–30. MONK ET AL. *v.* CHAMBERS & KENNEDY ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.

OCTOBER 14, 1975

No. 75–262. DODGE ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL. Affirmed on appeal from D. C. E. D. Mich.